## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

VENCO IMTIAZ CONSTUCTION COMPANY,

    Plaintiff,

v.

SYMBION POWER LLC

    Defendant.

Civil Action No.: 17-mc-00049-JOB

### APPLICATION FOR WRIT OF EXECUTION AGAINST JUDGMENT DEBTOR

Judgment Creditor, Venco Imtiaz Construction Company ("Venco") by counsel, requests that the Court issue a writs of execution against Judgment Debtor Symbion Power LLC ("Symbion"). A proposed writ of execution against Symbion is attached hereto as **Exhibit A**. In support of this request Venco states:

1. This matter was initiated on November 11, 2017, with the registration of a judgment rendered in the United States District Court for the District of Columbia (the "Original Action").

2. The judgment against Symbion is validly registered in this District pursuant to 28 U.S.C. § 1963, and this Court has jurisdiction to enforce such judgments.

3. Rule 69(a)(1) Fed.R.Civ.P. provides: "A money judgment is enforced by a writ of execution, unless the court directs otherwise."

4. Upon information and belief property of Symbion Power LLC is being held in New Mexico at the law office of Egolf, Ferlic & Harwood.

WHEREFORE, Venco Imtiaz Construction Company respectfully requests entry of a writ of execution against Symbion Power LLC for property within the State of New Mexico in the form set forth in **Exhibit A** attached hereto.

1

Respectfully submitted,

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, PA**

By: /s/ Spencer L. Edelman
    Spencer L. Edelman
    PO Box 2168
    Albuquerque, NM 87103
    505-848-1800

    *Attorneys for Judgment Creditor*
    *Venco Imtiaz Construction Company*

WE HEREBY CERTIFY that a true
and correct copy of the foregoing was
filed via CM/ECF and served in accordance
with the Notice of Electronic Filing on
this 6th day of November, 2017, and emailed to:

Brian Egolf, Esq.
Egolf Ferlic & Harwood
123 W. San Francisco St. #200
Santa Fe, NM 87501
brian@egolflaw.com

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: /s/ Spencer L. Edelman
    Spencer L. Edelman

*K:\DOX\CLIENT\90000\939\W3083045.DOCX*